

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

NOTE: The Northern District of Illinois is an electronic Court pursuant to General Order 14-0024. If you are not an electronic filer, visit our site at www.ilnd.uscourts.gov, E-Filing Info. or click this link for registration requirements http://www.ilnd.uscourts.gov/home/CMECF.aspx

Instructions: **In order to update your information**, complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website, select  E-Filing Info, CM/ECF User Guide, "Managing Your CM/ECF Account." For assistance, please call the CM/ECF Help Desk at 312-582-8727.

NAME:  Celetha Chatman

FIRM:   Coummunity Lawyers Group

STREET ADDRESS: 73 W. Monroe

CITY/STATE/ZIP:  Chicago, IL  60603

PHONE NUMBER: 312-757-1880

E-MAIL ADDRESS:  cchatman@communitylawyersgroup.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS): 6320429

If you have previously filed an appearance with this Court using a different name, enter that name:

List all active cases below in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| *attached | *attached | *attached |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

_Celetha Chatman_                                                                 _1/11/2016_
Attorney Signature                                                                        Date
updated 06/11/2015

| Case Number | Case Name | Judge |
|---|---|---|
| 15-cv 11568 | Holloway V. Portfolio Recovery Associates LLC | Hon. Rebecca R. Pallmeyer |
| 15-cv011563 | Holloway V. Midland Funding LLC et al | Hon. Robert W. Gettleman |
| 15-cv-11581 | Zapalik v. O'Rourke Law Firm, LLC et al | Hon. John Z. Lee |
| 15-cv-11102 | Barnett V. Collecto Inc | Hon. Robert M. Dow, Jr. |
| 15-cv-11820 | Montenegro V. Midland Funding, LLC et al | Hon. Jorge L. Alonso |
| 15-cv-11840 | Ford V. Prince-Parker & Associates, Inc. | Hon. John Robert Blakely |
| 15-cv-11799 | Aguirre V. Portfolio Recovery Associates, LLC | Hon. John Z. Lee |
| 15-cv-10862 | Wise V. Stellar Recovery, INC | Hon. James B. Zagel |
| 15-cv-11108 | Foster V. Allianceone Receivables Management, Inc | Hon. John W. Darrah |
| 15-cv -11407 | Barnett V LVNV Funding, LLC | Hon. John Robert Blakely |
| 15-cv-11330 | Reyes V. Midland Funding, LLC et al | Hon Jorge L. Alonso |
| 15-cv-11342 | Holloway V. Cavalry Portfolio Services, LLC | Hon. Marvin E. Aspen |
| 15-cv-11338 | Coleman V. LVNV Funding, LLC et al | Hon. Samuel Der-Yeghiayan |
| 15-cv-07043 | Washington V. Convergent Outsourcing, INC | Hon. John Z. Lee |
| 15-cv-10596 | Infante V. Portfolio Recovery Associates, LLC | Hon. John Z. Lee |
| 15-cv-10600 | Kowalczyk V. Portfolio Recovery Associates, LLC | Hon. Robert W. Gettleman |
| 15-cv-10451 | Seay V. Enahanced Recovery Company, LLC | Hon. John Robert Blakey |